IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARINDAM BANERJEE and JOGESH HARJAI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AVINGER, INC., JEFFREY M. SOINSKI, MATTHEW B. FERGUSON, DONALD A. LUCAS, JOHN B. SIMPSON, JAMES B. MCELWEE, JAMES G. CULLEN, THOMAS J. FOGARTY, CANACCORD GENUITY, INC., COWEN AND COMPANY LLC, OPPENHEIMER & CO., BTIG, STEPHENS INC., AND DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 17-cv-03400-CW<br><br>ORDER TO SHOW CAUSE REGARDING AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |

On March 19, 2018, Plaintiffs filed an Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws. It appears, however, that this document was not filed within twenty-one days after service of the November 21, 2017 Consolidated Class Action Complaint; within twenty-one days after service of Defendants' January 26, 2018 motion to dismiss; with the written consent of Defendants; or with leave of Court. See Fed. R. Civ. P. 15(a)(1), (2).

Within seven days after the filing of this order, Plaintiffs must correct the deficiency in the filing of the Amended Consolidated Class Action Complaint. Otherwise, the Court shall strike the Amended Consolidated Class Action Complaint and Plaintiffs' response to Defendants' pending motion to dismiss

shall remain due on April 3, 2018.

IT IS SO ORDERED.

Dated: March 22, 2018

CLAUDIA WILKEN
United States District Judge