1  John T. Jasnoch (CA 281605)
   SCOTT+SCOTT ATTORNEYS AT LAW LLP
2  600 W. Broadway, Suite 3300
   San Diego, CA 92101
3  Telephone: (619) 233-4565
   Facsimile:  (619) 233-0508
4  Email:  jjasnoch@scott-scott.com

5  *Attorneys for Lead Plaintiffs Banerjee & Harjai*

6  [Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ARINDAM BANERJEE and JOGESH HARJAI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br>      v.<br><br>AVINGER, INC., JEFFREY M. SOINSKI, MATTHEW B. FERGUSON, DONALD A. LUCAS, JOHN B. SIMPSON, JAMES B. McELWEE, JAMES G. CULLEN, THOMAS J. FOGARTY, CANACCORD GENUITY, INC., COWEN AND COMPANY, LLC, OPPENHEIMER & CO., BTIG, and STEPHENS, INC.,<br><br>                              Defendants. | Case No. 17-cv-3400-CW<br><br>**STIPULATION AND ORDER STAYING FURTHER PROCEEDINGS PENDING SUBMISSION OF CLASS ACTION SETTLEMENT PAPERS AND SETTING DATES FOR FILING OF PRELIMINARY APPROVAL MOTION AND PRELIMINARY APPROVAL HEARING** |

WHEREAS, on October 17, 2017, during the Initial Case Management Conference, the Court ordered the parties to pursue alternative dispute resolution by participating, at the parties' election, either in the Court's ADR Program or in private mediation;

WHEREAS, the parties held telephone conferences with Ms. Tamara Lang of the Court's ADR Program on October 16, 2017 and again on November 29, 2017, at which, with Ms. Lang's assistance, the parties agreed to pursue private mediation as an alternative dispute resolution mechanism;

WHEREAS, the parties participated in a full day private mediation session with Robert A. Meyer of JAMS (the "Mediator") on February 8, 2018;

WHEREAS, the parties thereafter continued their settlement discussions with each other and the Mediator over the past six weeks, and had previously stipulated to an extension of the briefing schedule on Defendants' motions to dismiss (which were filed on January 17, 2018), to allow additional time to facilitate efforts to reach a potential privately mediated resolution;

WHEREAS, plaintiffs filed an Amended Consolidated Class Action Complaint on March 19, 2018, which was accompanied by a certification stating that all Defendants had consented to its filing;

WHEREAS, the parties have now reached an agreement, as set forth in a binding written memorandum of understanding, on the terms of a proposed settlement of this action;

WHEREAS, the parties have agreed to make best efforts to finalize a "long form" Stipulation of Settlement with customary exhibits thereto (including proposed forms of Notice to the Class) within the next 30 days;

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order providing as follows:

1. The existing schedule for the submission of briefing on the pending motions to dismiss is hereby vacated, and the motions are hereby deemed MOOT;

2. All Defendants having consented in writing to the filing of the Amended Consolidated Complaint, the Court's Order, dated March 22, 2018, directing

Plaintiffs to show cause regarding the Amended Consolidated Complaint is vacated as MOOT;

3. Defendants need not answer or otherwise file any motion with respect to the Amended Consolidated Complaint absent further order of the Court;

4. Plaintiffs shall file their motion for preliminary approval of the parties' proposed class action settlement and related papers in support thereof no later than May 1, 2018, and further proceedings other than those relating to the parties' proposed settlement are hereby STAYED absent further order of the Court; and

5. The currently scheduled hearing on the motions to dismiss and for the next Case Management Conference (namely, May 22, 2018 at 2:30 pm) is VACATED, and instead a hearing on Plaintiffs' motion for preliminary approval shall be held on May 22, 2018 at 2:30 pm.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 23, 2018                SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: /s/ John T. Jasnoch
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
Email: jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Sean T. Masson
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
Email: wfredericks@scott-scott.com
       smasson@scott-scott.com

*Lead Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated:  March 23, 2018 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | By: /s/ Doru Gavril |
| | | Ignacio E. Salceda |
| 4 | | Doru Gavril |
| | | Elizabeth R. Gavin |
| 5 | | Liles H. Repp |
| | | 650 Page Mill Road |
| 6 | | Palo Alto, CA 94304-1050 |
| | | Telephone:  (650) 493-9300 |
| 7 | | Facsimile:   (650) 493-6811 |
| | | Email:  ISalceda@wsgr.com |
| 8 | |          dgavril@wsgr.com |
| | |          bgavin@wsgr.com |
| 9 | |          lrepp@wsgr.com |

*Attorneys for Defendants Avinger, Inc., Jeffrey M. Soinski, John B. Simpson, Matthew B. Ferguson, Donald A. Lucas, James B. McElwee, James G. Cullen, and Thomas J. Fogarty*

Dated:  March 23, 2018                WILMER CUTLER PICKERIN HALE
                                      AND DORR LLP

By: /s/ John F. Batter, III
John F. Batter, III
Harry Hanson
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6730
Facsimile:   (617) 526-5000
Email: john.batter@wilmerhale.com
         harry.hanson@wilmerhale.com

Michael A. Mugmon
WILMER CUTLER PICKERIN HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100
Email: michael.mugmon@wilmerhale.com

*Attorneys for Defendants Canaccord Genuity, Inc., Cowen and Company, LLC, Oppenheimer & Co., BTIG, LLC, and Stephens Inc.*

3

STIP. AND ORDER TO STAY PROCEEDINGS AND SETTING DATES RE PRELIMINARY APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 17-CV-3400-CW

**ATTESTATION**

I, John T. Jasnoch, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Staying Further Proceedings Pending Submission of Class Action Settlement Papers and Setting Dates for Filing of Preliminary Approval Motion and Preliminary Approval Hearing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that John F. Batter, III and Doru Gavril have concurred in this filing.

 /s/ John T. Jasnoch
John T. Jasnoch (CA 281605)

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: March 26, 2018.

*[signature: Claudia Wilken]*

The Hon. Claudia Wilken
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that, on March 23, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses for all counsel of record (which includes counsel for all parties) in this action

    /s/ John T. Jasnoch
John T. Jasnoch (CA 281605)