John T. Jasnoch (CA 281605)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:   (619) 233-0508
Email:  jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiffs Banerjee & Harjai*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARINDAM BANERJEE AND JOGESH HARJAI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br>        v.<br><br>AVINGER, INC., JEFFREY M. SOINSKI, MATTHEW B. FERGUSON, DONALD A. LUCAS, JOHN B. SIMPSON, JAMES B. McELWEE, JAMES G. CULLEN, THOMAS J. FOGARTY, CANACCORD GENUITY, INC., COWEN AND COMPANY, LLC, OPPENHEIMER & CO., BTIG, and STEPHENS, INC.,<br><br>                              Defendants. | Case No. 17-cv-3400-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING CLASS ACTION SETTLEMENT PAPERS AND PRELIMINARY APPROVAL MOTION** |

1   WHEREAS, on March 23, 2018, the parties advised the Court that they had reached an

2   agreement, as set forth in a binding written memorandum of understanding, on the terms of a

3   proposed settlement of this action, and also submitted a [Proposed] Order and Stipulation to

4   (a) stay all non-settlement related proceedings; (b) set a deadline of May 1, 2018, for submitting

5   the customary "long form" Stipulation of Settlement, with customary exhibits thereto, and

6   Motion for Preliminary Approval; and (c) convert the previously scheduled date for a hearing on

7   the then-pending motions to dismiss (May 22, 2018 at 2:30 pm) into a hearing on Plaintiffs'

8   motion for preliminary approval.

9   WHEREAS, the Court entered the parties' [Proposed] Order on March 26, 2018;

10  WHEREAS, the various parties – including Lead Plaintiffs, the plaintiff in the related

11  State Action pending in California state court (which will also be dismissed as part of the

12  proposed Settlement) and the multiple sets of defendants in this action – have been working

13  diligently to finalize the "long form" Stipulation of Settlement and customary exhibits thereto,

14  but need a brief extension of time to conclude the final settlement papers;

15  NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court

16  enter an Order providing as follows:

17      1.   Plaintiffs' deadline for filing their motion for preliminary approval of the parties'

18           proposed class action settlement and related papers in support thereof is extended

19           from May 1, 2018 to May 9, 2018; and

20      2.   The existing hearing date and time on Plaintiffs' motion for preliminary approval

21           (May 22, 2018 at 2:30 pm) shall remain unchanged.

22  IT IS SO STIPULATED.

23                                        Respectfully submitted,

24  Dated:  April 30, 2018                SCOTT+SCOTT ATTORNEYS AT LAW LLP

25                                        By:  /s/ John T. Jasnoch
                                          John T. Jasnoch (CA 281605)
26                                        600 W. Broadway, Suite 3300
                                          San Diego, CA 92101
27                                        Telephone:  (619) 233-4565

28
                                          1

1   Facsimile:   (619) 233-0508
    Email: jjasnoch@scott-scott.com

2   William C. Fredericks (*pro hac vice*)
    Sean T. Masson
3   SCOTT+SCOTT ATTORNEYS AT LAW LLP
    The Helmsley Building
4   230 Park Avenue, 17th Floor
    New York, NY 10169-1820
5   Telephone:  (212) 223-6444
    Facsimile:   (212) 223-6334
6   Email: wfredericks@scott-scott.com
              smasson@scott-scott.com
7
8   *Lead Counsel for Plaintiffs and the Proposed Class*

9   Dated:  April 30, 2018          WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation
10
                                    By:  /s/ Ignacio Salceda
11                                  Ignacio E. Salceda
                                    Doru Gavril
12                                  Elizabeth R. Gavin
                                    Liles H. Repp
13                                  650 Page Mill Road
                                    Palo Alto, CA 94304-1050
14                                  Telephone:  (650) 493-9300
                                    Facsimile:   (650) 493-6811
15                                  Email:  ISalceda@wsgr.com
                                            dgavril@wsgr.com
16                                          bgavin@wsgr.com
                                            lrepp@wsgr.com
17
18  *Attorneys for Defendants Avinger, Inc., Jeffrey M. Soinski, John B. Simpson, Matthew B. Ferguson, Donald A. Lucas, James B. McElwee, James G. Cullen, and Thomas J. Fogarty*
19
20
21  Dated:  April 30, 2018          WILMER CUTLER PICKERIN HALE
                                    AND DORR LLP
22                                  By:  /s/ John F. Batter, III
23                                  John F. Batter, III
                                    Harry Hanson
24                                  60 State Street
                                    Boston, MA 02109
25                                  Telephone:  (617) 526-6730
                                    Facsimile:   (617) 526-5000
26                                  Email: john.batter@wilmerhale.com
                                           harry.hanson@wilmerhale.com
27
28

2

1   Michael A. Mugmon
    WILMER CUTLER PICKERIN HALE
2   AND DORR LLP
    950 Page Mill Road
3   Palo Alto, CA 94304
    Telephone:  (650) 858-6000
4   Facsimile:   (650) 858-6100
    Email: michael.mugmon@wilmerhale.com
5
    *Attorneys for Defendants Canaccord Genuity,*
6   *Inc., Cowen and Company, LLC, Oppenheimer*
    *& Co., BTIG, LLC, and Stephens Inc.*
7

8

9

10                          **ATTESTATION**

11        I, John T. Jasnoch, am the ECF User whose ID and password are being used to file this

12   Stipulation and [Proposed] Order Staying Further Proceedings Pending Submission of Class

13   Action Settlement Papers and Setting Dates for Filing of Preliminary Approval Motion and

14   Preliminary Approval Hearing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest

15   that John F. Batter, III and Ignacio Salceda have concurred in this filing.

16                                   /s/ John T. Jasnoch
                                    John T. Jasnoch (CA 281605)
17

18

19

20

21

22

23

24

25

26

27

28
                                        3

1

## [PROPOSED] ORDER

2

3      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

4

5      DATED this __1st__ day of _____May___, 2018.

6

7                                        _____
                                         The Hon. Claudia Wilk
8                                        United States District Ju

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROP] ORDER TO EXTEND DATE TO FILE PAPERS IN SUPPORT OF
PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 17-CV-3400-CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that, on April 30, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses for all counsel of record (which includes counsel for all parties) in this action

　 /s/ John T. Jasnoch　　　　　
　 John T. Jasnoch (CA 281605)

STIP. AND [PROP] ORDER TO EXTEND DATE TO FILE PAPERS IN SUPPORT OF
PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 17-CV-3400-CW